ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
 Social Security Administration
 333 Market Street, Suite 1500
 San Francisco, California 94105
 Telephone: (415) 977-8973
 Facsimile: (415) 744-0134
 E-Mail: Susan.L.Smith@ssa.gov

Attorneys for Defendant,
 Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| LINDA CISNEROS,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | No. CV 09-1874-GHK (PJW)<br><br>[PROPOSED] JUDGMENT OF REMAND |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 7/15/10

_____
HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE